**Leon L. MEYERS, Plaintiff—Appellant,**

v.

**John H. BROOMS; et al., Defendants—Appellees.**

No. 08–16020.

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.*

Filed May 3, 2011.

Leon L. Meyers, Dublin, CA, pro se.

Before: RYMER, THOMAS and PAEZ, Circuit Judges.

MEMORANDUM **

Leon Meyers appeals pro se from the district court's dismissal of his 42 U.S.C. § 1983 action alleging that his stepfather, John Brooms, made false legal claims of elder abuse against him, misappropriated his social security income, unlawfully obtained a mortgage of the house which was owned by Meyers' deceased mother while it was still in probate, and unlawfully evicted Meyers from the house. The district court properly dismissed Meyers' § 1983 claims against defendants Brooms, Alli-

ance Title Reverse Mortgage and Brooms' attorneys because they did not act under color of state law. *See Price v. State of Hawaii,* 939 F.2d 702, 707–08 (9th Cir. 1991) (private parties do not generally act under color of state law for § 1983 purposes); *Polk County v. Dodson,* 454 U.S. 312, 318 n. 7, 102 S.Ct. 445, 70 L.Ed.2d 509 (1981) (noting that a private attorney, even one appointed by the court, does not act under the color of state law for purposes of 42 U.S.C. § 1983 when performing the traditional role of an attorney).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

